William Wright, *Plaintiff in Error, v.* The People of the State of New York, *Defendants in Error.*—Conviction and judgment reversed, and proceedings remitted to the Court of Sessions of Onondaga county for a new trial. Opinion by Smith, P. J.

The People of the State of New York, *Respondents, v.* John Welch, *Appellant.* — Judgment and conviction affirmed, and proceedings remitted to the Herkimer Oyer and Terminer to proceed therein. Opinion by Hardin, J.

Miles B. Riggs, *as Administrator, etc., Respondent, v.* The American Tract Society, *Appellant.*—New trial denied, and judgment ordered for the plaintiff on the verdict. Opinion by Smith, P. J.

Mary J. Fredenburgh, *Respondent, v.* Russell B. Biddlecome and others, *Executors, etc., Appellants.*—Order confirming report of referee and the judgment thereon affirmed, with costs of this appeal, payable out of the estate, and so much of said order as awards costs to the plaintiff reversed, with leave to apply at Special Term for an order adjudging costs against the defendants.

Same *v.* Same.— Order denying motion to set aside taxation of costs reversed, without prejudice to a motion for an award of costs, and without prejudice to a retaxation, with ten dollars costs and disbursements to defendants. Opinion by Hardin, J.

Charles Wager and others, *Appellants, v.* Eliza H. Wager, *Respondent, Impleaded,* with others.— Judgment reversed and new trial ordered, costs to abide the final award of costs. Opinion by Hardin, J.

The People of the State of New York, *Respondents, v.* George W. Robinson, *Appellant.* — Judgment and conviction reversed, and case remitted to Court of Sessions of Erie county for a new trial. Opinion by Smith, P. J.

Edward Haley, *Appellant, v.* Patrick Connell, *Respondent.*— Judgment affirmed. Opinion by Hardin, J.

William Zoller, *Respondent, v.* Alanson Young, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by Hardin, J.; dissenting opinion by Smith, P. J.

William E. Taylor, *Appellant, v.* Robert B. McNeil and another, *Respondents.* — Judgment and order affirmed. Opinions by Smith, P. J., and Hardin, J.

Harlan H. Sackrider and another, *Respondents, v.* Josiah P. Cooke, *Appellant.*— Judgment affirmed. Opinion by Haight, J.

Alexander B. Williams, *Respondent, v.* Belle McIntyre, *as Executrix, etc., Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by Haight, J.

The People of the State of New York *ex rel.* Henry Richardson, *Appellant, v.* Thomas H. Cost, *Supervisor, etc., and others.* — Judgment affirmed, with costs against the relator not to exceed fifty dollars, on opinion of Dwight, J., at Special Term. Smith, P. J., not sitting.